## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Anthony Sarlo, | FILED: APRIL 17,2008 |
| Plaintiff | 08CV 2194 NF |
| vs. | JUDGE LEFKOW |
| Al Wojcik, David Donovan & Daniel Carey | MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Anthony Sarlo

| |
|---|
| NAME (Type or print)<br>Susan P. Malone |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ smalonelaw@sbcglobal.net |
| FIRM<br>Susan P. Malone |
| STREET ADDRESS<br>20 N Clark Street Suite 1725 |
| CITY/STATE/ZIP<br>Chicago, IL |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3124716 | TELEPHONE NUMBER<br>312-726-2638 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐