**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY SARLO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **No. 08 CV 2194** |
| | ) | |
| **AL WOJCIK, DAVID DONOVAN, and** | ) | **Judge Joan Lefkow** |
| **DAN CAREY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME IN WHICH TO**
**ANSWER OR OTHERWISE PLEAD**

Defendants Al Wojcik, David Donovan and Dan Carey, through their attorney Mara S. Georges, Corporation Counsel of the City, and pursuant to Federal Rule of Civil Procedure 6(b), moves for an extension of time in which to Answer or otherwise plead. In support, Defendants state as follows:

1.  Plaintiff filed a Complaint in the instant case on May 29, 2008.

2.  Defendants Donovan and Wojcik were served on May 21, 2008, making their responsive pleading due June 10, 2008. Defendant Carey was served on May 29, 2008, making his responsive pleading due June 18, 2008.

3.  The undersigned received notice that she was assigned to the case on June 9, 2008 and is unable to become fully acquainted with the case in order to respond to the complaint by June 10, 2008.

WHEREFORE, for the reasons stated above, Defendant requests that this Court grant Defendants until July 10, 2008 in order to file its answer or other responsive pleading in the above-captioned case.

Respectfully Submitted,


MARA S. GEORGES
Corporation Counsel of the City of Chicago

By:    s/ Jennifer Addison
       JENNIFER ADDISON
       Assistant Corporation Counsel


30 N. LaSalle, Room 1020
Chicago, Illinois 60602
(312) 744-5122