IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY SARLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 CV 2194 |
| | ) | |
| AL WOJCIK, DAVID DONOVAN, and | ) | Judge Joan Lefkow |
| DAN CAREY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**   Susan P. Malone, Esq.
20 N. Clark Street, Suite 1725
Chicago IL 60602

**PLEASE TAKE NOTICE** that on the 17th day of June, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Lefkow, or before and other judge sitting in her stead in Courtroom 1925, located at 219 South Dearborn Street, Chicago, Illinois, and present the attached Defendants' Motion for Extension of Time in Which to Answer or Otherwise Plead, a copy of which is attached.

DATED: June 10, 2008              Respectfully submitted,
                                   MARA S. GEORGES
                                   Corporation Counsel of the City of Chicago

                            By:   s/ Jennifer Addison
                                   JENNIFER ADDISON
                                   Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-5122

**CERTIFICATE OF SERVICE**

I certify that I have caused to be served true and correct copies of Defendant's Motion for Extension of Time in Which to Answer or Otherwise Plead by electronic delivery on this 10th day of June, 2008:

Susan P. Malone, Esq.
20 N. Clark Street, Suite 1725
Chicago IL 60602

s/ Jennifer Addison
JENNIFER ADDISON
Assistant Corporation Counsel