## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of **Anthony Sarlo v. Al Wojcik, et al.**           Case Number:    **08 C 2194**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Al Wojcik, David Donovan and Dan Carey**

| |
|---|
| NAME (Type or print)<br>**Melanie Patrick Neely** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    **s/Melanie Patrick Neely** |
| FIRM **City of Chicago, Corporation Counsel** |
| STREET ADDRESS **30 N. LaSalle St., Suite 1020** |
| CITY/STATE/ZIP **Chicago, IL 60602** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**06237845** | TELEPHONE NUMBER<br>**312-744-5114** |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐