IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY SARLO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 2194 |
| v. | ) | |
| | ) | Judge Lefkow |
| AL WOJCIK, DAVID DONOVAN and, | ) | |
| DAN CAREY | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Susan Malone
20 North Clark Street, Suite 1725
Chicago, IL 60602

**PLEASE TAKE NOTICE** that I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, ***Defendants' Motion to Dismiss and Memorandum in Support of Defendants' Motion to Dismiss,*** copies of which are attached hereto.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Lefkow or before any Judge sitting in her stead, on the 17th day of July, 2008 at 9:30 a.m.or as soon thereafter as counsel may be heard and then and there present the attached motion.

**DATED** at Chicago, Illinois, this 10th day of July, 2008.

Respectfully submitted,

s/Melanie Patrick Neely
MELANIE PATRICK NEELY
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, IL 60602
(312) 744-5114