**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Anthony Sarlo, et al.
                       Plaintiff,

v.                                         Case No.: 1:08−cv−02194
                                                   Honorable Joan H. Lefkow

Al Wojcik, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 7/17/2008. Scheduling conference is set for 8/7/2008 at 9:30 a.m. Motion hearing held on 7/17/2008 regarding motion to dismiss [14] Response to defendants' motion to dismiss [14] due by 8/7/2008; reply due by 8/21/2008. Ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.