IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY SARLO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 2194 |
| v. | ) | |
| | ) | Judge Lefkow |
| AL WOJCIK, DAVID DONOVAN, and | ) | |
| DAN CAREY, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**To:**   Susan Malone, Esq.
20 N. Clark St., Suite 1725
Chicago IL 60602

**PLEASE TAKE NOTICE** that I filed this day with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following Defendants' Reply Memorandum in Further Support of Their Motion to Dismiss, a copy of which is attached.

I hereby certify that I have served this notice and the attached document by electronic means to the persons named above at the addresses shown this 21st day of August, 2008.

DATED: August 21, 2008

Respectfully submitted,
MARA S. GEORGES
Corporation Counsel of the City of Chicago

By:   s/ Jennifer Addison
JENNIFER ADDISON
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-5122