# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Anthony Sarlo, et al.

               Plaintiff,

v.

Al Wojcik, et al.

               Defendant.

Case No.: 1:08–cv–02194
Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

     MINUTE entry before the Honorable Joan H. Lefkow:Scheduling conference held on 9/2/2008. Parties are submit a proposed agreed scheduling order to chambers by 9/9/2008. Status hearing set for 11/4/2008 at 09:30 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.